CIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **CHARLES HINTON,**<br><br>*Plaintiff*,<br>v.<br><br>**MCLANE COMPANY, INC.,**<br><br>*Defendant*. | **CASE NO.: 5:23-CV-284** |

# COMPLAINT AND JURY REQUEST

**NOW COMES** the Plaintiff, Charles Hinton ("Hinton"), and complaining of the Defendant, McLane Company, Inc. ("McLane"), alleges the following to be true:

## INTRODUCTION

**1** This action arises from McLane's termination of Hinton based on age and race in violation of the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 *et seq.*, Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, and 42 U.S.C. § 1981.

**2** Each paragraph of this Complaint incorporates all others, and all exhibits are incorporated as if fully laid out herein.

## PARTIES, JURISDICTION, AND VENUE

**3** Hinton is a resident of Edgecombe County, North Carolina, and is neither a minor nor incompetent.

**4** McLane is a foreign corporation with offices in Nash County, North Carolina, and a registered agent in Raliegh, North Carolina.

**5** This Court has subject-matter jurisdiction over this action pursuant to any/all of the following:

**5.1** 28 U.S.C. § 1331, as the action arises out of the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 *et seq.*, Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq*., and 42 U.S.C. § 1981.;

**6** This Court has personal jurisdiction over all parties to this matter pursuant to any/all of the following:

**6.1** Rule 4(k)(1)(A) of the Federal Rules of Civil Procedure, which requires the federal district courts to use the rules for personal jurisdiction of the state where the district court is located;

**6.2** N.C. Gen. Stat. § 1-75.4(1)(d), as McLane was engaged in substantial business activity within this state at the time service of process was made upon it.

**6.3** N.C. Gen. Stat. § 1-75.4(3), as this action arises from a local act or omission causing injury to Hinton's person or property.

**7** Venue is proper in this Court pursuant to any/all of the following:

**7.1** 28 U.S.C. § 1391(b)(1), as all Defendants are residents of North Carolina and at least one defendant is a resident of the Eastern District of North Carolina;

7.2 28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions giving rise to this action occurred in the Eastern District of North Carolina.

**STATEMENT OF THE FACTS**

**8** Hinton is a black male.

**9** Hinton was 57 years old at the time of his termination.

**10** Hinton began working for McLane in July 2022 as a Corporate Investigator overseeing loss prevention in Charlotte, Chesapeake, and Rocky Mount.

**11** Hinton was hired by Vice President Jean Keller (white).

**12** The President, Kevin Swanson ("Swanson") (white), was often rude to Hinton for no discernable reason.

**13** Hinton discussed Swanson's behavior with Keller, who agreed that Kevin acted strangely towards Hinton, but did not know why.

**14** Hinton had three excellent performance reviews in his time at McLane.

**15** On November 13, 2022, Swanson called Hinton into a meeting with HR Manager Tasha Evans ("Evans").

**16** Swanson began the meeting by asking Hinton why he had sent a letter to Regional President Chad Smith regarding some employees who were caught stealing that Swanson had rehired.

**17** Hinton replied that he thought there was an open-door policy for him to discuss such things.

**18** Swanson then asked Hinton how old he was.

**19** Evans told Swanson he could not ask that, but Swanson replied, "I can ask him what I want."

**20** Hinton told Swanson he was 57.

**21** Swanson replied, "Oh," and then ended the meeting.

**22** Roughly two hours later, Swanson stuck his head in Hinton's office and asked him, "Don't you think you're too old for this position?" Swanson then left.

**23** Hinton told Keller about what Swanson had said immediately afterwards.

**24** On January 3, 2023, as they were exiting a meeting, Swanson told Hinton that he had an ugly black shirt on and said, "Now I know why I don't like you."

**25** On January 6, 2023, Daron Mellinher ("Mellinher") (white) from McLane's corporate HR and Regional Asset Protection Manager Shawn Zehel ("Zehel") (white), Hinton's senior, met with Hinton.

**26** Mellinher told Hinton there were allegations made against him, but refused to tell him what those allegations were.

**27** Mellinher suspended Hinton so they could investigate, but refused to tell Hinton what they were investigating.

**28** Hinton asked Keller what was going on, but Keller told Hinton that they refused to tell him anything either.

**29** On January 20, 2023, Swanson told Hinton that he was being fired "because of the allegations."

**30** Hinton asked what the allegations were, but Swanson refused to say.

**31** Hinton was replaced by a younger white employee.

**32** McLane has 501 or more employees.

**33** Hinton filed an EEOC charge on January 31, 2023, alleging age and race discrimination, and received a notice of right to sue from the EEOC on March 7, 2023.

**FIRST CAUSE OF ACTION**
**Age Discrimination**
*Age Discrimination in Employment Act, 29 U.S.C. §§ 621* et seq.

**34** Hinton was over 40, in the protected age group.

**35** Hinton was discharged.

**36** At the time of his discharge, Hinton was performing at a level that met his employer's expectations.

**37** Hinton's termination occurred under circumstances giving rise to an inference of discrimination.

**SECOND CAUSE OF ACTION**
**Race Discrimination**
*Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e* et seq.

**38** Hinton is black, a member of a protected class.

**39** Hinton was discharged.

**40** At the time of his discharge, Hinton was performing at a level that met his employer's expectations.

**41** Hinton's termination occurred under circumstances giving rise to an inference of discrimination.

**THIRD CAUSE OF ACTION**
**Race Discrimination**
*42 U.S.C. § 1981*

**42** Hinton is black, a member of a protected class.

**43** Hinton was discharged.

**44** At the time of his discharge, Hinton was performing at a level that met his employer's expectations.

**45** Hinton's termination occurred under circumstances giving rise to an inference of discrimination.

## PRAYER FOR PUNITIVE DAMAGES

**46** Defendant is liable for compensatory damages and at least one of the following factors was present and related to the conduct for which it is liable:

**46.1** Malice;

**46.2** An evil motive; and/or

**46.3** Callous indifference to a federally protected right.

**47** Officers, directors, and/or managers of Defendant participated in and/or condoned the conduct constituting the aggravating factor giving rise to punitive damages.

## REQUEST FOR JURY TRIAL

**48** Plaintiff requests a trial by jury on all issues so triable.

**WHEREFORE,** the Plaintiff respectfully requests this Court that it:

**1** Enter Judgment for Hinton against Defendant on all causes of action contained herein;

**2** Award Hinton damages, including punitive damages, in an amount to be determined at trial;

**3** Tax the costs of this action against Defendant and award Hinton reasonable attorney fees as permitted by law, and;

4 Grant such other and further relief as the Court deems just and proper.

*Respectfully submitted on this, the 30th day of May 2023,*

**/s/ WILSON F. FONG**
*Attorney for the Plaintiff*
NC State Bar No. 50708
HENSEL LAW, PLLC
Post Office Box 39270
Greensboro, North Carolina 27438
Phone: (336) 218-6466
Fax: (336) 218-6467
will.fong@hensellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, I electronically filed the foregoing Complaint and Request for Jury Trial with the Clerk of Court using the CM/ECF system, and will serve the following by Certified Mail, return receipt:

McLane Company, Inc.
c/o CT Corporation System
160 Mine Lake Ct Ste 200
Raleigh, NC 27615
*Defendant*

**/s/ WILSON F. FONG**
*Attorney for the Plaintiff*
NC State Bar No. 50708
HENSEL LAW, PLLC
Post Office Box 39270
Greensboro, North Carolina 27438
Phone: (336) 218-6466
Fax: (336) 218-6467
will.fong@hensellaw.com